United States District Court
Southern District of Texas
**ENTERED**
November 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § § § |
| v. | |
| 17.FRANCISCO ENRIQUEZ aka Panchito | |

CRIMINAL NO: H-17-422(S) — 19
**SEALED**

## ORDER FOR ISSUANCE OF BENCH WARRANT

A   <u>SUPERSEDING INDICTMENT</u>   has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

17.FRANCISCO ENRIQUEZ aka Panchito

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on _November 3_, 20 _17_.

_____
Dena Palermo
UNITED STATES MAGISTRATE JUDGE