# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CAUSE NO: 4:17-CR-00422-19 |
| | § | |
| FRANCISCO ENRIQUEZ | § | |

## DEFENDANT'S NOTICE TO ESTABLISH ATTORNEY AS COUNSEL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

NOW COMES, FRANCISCO ENRIQUEZ, Defendant in the above-entitled and numbered cause, by and through the undersigned counsel, and hereby files this Notice to Establish Attorney in the above-entitled and numbered cause, and would respectfully show this Honorable Court as follows:

I.

ALAN BROWN has been hired by Defendant, FRANCISCO ENRIQUEZ, to represent him as counsel in the above-entitled and numbered cause.

II.

The undersigned is licensed to practice law in the United States District Court, Southern District of Texas.

WHEREFORE, premises considered, Defendant respectfully requests that ALAN BROWN be established as Counsel for Defendant, FRANCISCO ENRIQUEZ, in the above-entitled and numbered cause.

Respectfully submitted,

LAW OFFICES OF ALAN BROWN
222 MAIN PLAZA
SAN ANTONIO, TEXAS 78205
(210) 227-5103 (O)
(210) 225-2481 (F)
federal@lawofficesofalanbrown.com

_____/S/_____
ALAN BROWN
BAR NO. 03090000

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February 2021, the foregoing Motion was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| U.S. Attorney's Office | _____/S/_____ |
| 1000 Louisiana, Ste. 2300, | ALAN BROWN |
| Houston, TX 77002 | BAR NO. 03090000 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**THE UNITED STATES OF AMERICA** §
§
**VS** § **CAUSE NO: 4:17-CR-00422-19**
§
**FRANCISCO ENRIQUEZ** §

## ORDER

On this date came to be considered Defendant's Notice to Establish Attorney as Counsel. After consideration of same, the Court is of this opinion that said Notice is hereby:

GRANTED   or   DENIED

IT IS HEREBY FURTHER ORDERED THAT: _____

_____

_____

SIGNED and ENTERED on this the _____ day of _____, 2021.

_____
U.S. DISTRICT JUDGE