United States District Court
Southern District of Texas

**ENTERED**
February 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| vs | § § | Criminal H 17-422 |
| Francisco Enriquez | § § § | Judge David Hittner |

## *DOCKET CONTROL ORDER*

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty", it is ordered that:

1. MOTIONS will be filed by — March 15, 2021

2. RESPONSES will be filed by — March 25, 2021

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by — April 19, 2021

4. PRETRIAL CONFERENCE will be held before Judge David Hittner, Courtroom 8A 8th Floor **DEFENDANT MUST BE PRESENT** — April 20, 2021 at 2:00 p.m.

5. JURY selection set for — April 27, 2021 at 10:00 a.m.

6. Speedy trial limits waived? (yes/no) — Yes

7. Estimated Trial Time — One week

Direct questions about this schedule to ELLEN ALEXANDER, Case Manager to United States District Judge David Hittner, Ellen_Alexander@txs.uscourts.gov, 713-250-5511.

SIGNED ON   February 24, 2021   at Houston, Texas.

*[signature: Peter Bray]*
United States Magistrate Judge