United States District Court
Southern District of Texas
**ENTERED**
June 15, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS | § § § | NO. 4:17-CR-00422-19 |
| FRANCISCO ENRIQUEZ | § | |

### ORDER

On this the 14th day of June, 2021, came on to be considered Defendant's Unopposed Motion for Continuance, and it appears to the Court that this Motion should be

GRANTED

IT IS HEREBY FURTHER ORDERED: Motions are due 9/1/21; Responses due 9/17/21; Proposed Jury Questions and Jury Charge due 9/24/21; Pretrial Conference is 9/24/21 at 10:00 a.m. Jury Selection and Trial 9/27/21 at 10:00 a.m.

SIGNED and ENTERED on this the 14th day of June, 2021.

U.S. DISTRICT JUDGE