United States District Court
Southern District of Texas
**ENTERED**
September 16, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | C.R. Action H-17-422 |
| | § | |
| Francisco Enriquez, | § | |
| | § | |

## ORDER

This case was set for a jury trial on September 27, 2021. Due to the Fifteenth Supplemental Order dated September 10, 2021 all jury trials scheduled to begin before October 12, 2021 are continued to a date to be reset by each presiding judge.

Due to the court's reduced ability to obtain an adequate spectrum of jurors and due to the reduced availability of attorneys and court staff to be present in courtrooms because of the public-health risks, the period of the continuance implemented by this order is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A). The court finds that the ends of justice served by ordering this continuance outweigh the interest of the public and of the defendant in a speedy trial. Indeed, the best interest of the public, is served by this continuance.

IT IS HEREBY

ORDERED that the final pretrial conference in this case is reset to

October 29, 2021 at 2:00 p.m. and jury selection and trial is reset to November 1, 2021 at 10:00 a.m.

SIGNED at Houston, Texas, on this 16th day of September, 2021.

*David Hittner*
DAVID HITTNER
United States District Judge