# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS** | § | NO. 4:17-CR-00422-19 |
| | § | |
| **FRANCISCO ENRIQUEZ** | § | |

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE, WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

Now comes FRANCISCO ENRIQUEZ, Defendant in the above-entitled and numbered cause, by and through the undersigned Counsel, and files this unopposed motion for continuance, and in support of such motion, shows the following:

I.

This cause is presently set for a Pretrial on October 29, 2021, and for Jury Selection and Trial on November 1, 2021.

II.

The Defendant is set for trial on Cause: 5:17-CR-00814-XR in the Western District of Texas, San Antonio Division. In order to fulfill duties of effective assistance of counsel, as guaranteed by the 6th Amendment to the United States Constitution, in both cases Counsel is respectfully requesting additional time.

III.

Additionally, Counsel respectfully requests additional time to review the copious amount discovery in this case and explore all possible defenses.

IV.

The undersigned is respectfully requesting a continuance of sixty (60) days to continue conferring with government counsel on this case.

V.

Assistant United States Attorney Eric Darnell Smith does not oppose counsel's request for a continuance.

VI.

Counsel assures the Court this motion is not made for the purpose of delay but rather in the interest of justice.

**WHEREFORE, PREMISES CONSIDERED**, the defendant prays the Court continue this cause for at least sixty (60) days.

Respectfully submitted,

LAW OFFICES OF ALAN BROWN
222 MAIN PLAZA
SAN ANTONIO, TEXAS 78205
(210) 227-5103 (P)
(210) 225-2481 (F)
federal@alanbrownlawoffices.com

_____
ALAN BROWN
BAR NO. 03090000

ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that on the 26nd day of October 2021, I electronically filed the foregoing with the Clerk of Court using the CE/ECF system which will send notification of such filing to the following:

U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

*ALAN BROWN /S/*
ALAN BROWN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA § 
§
VS § NO. 4:17-CR-00422-19
§
FRANCISCO ENRIQUEZ §

## ORDER

On this the ____ day of _____, 2021, came on to be considered Defendant's Unopposed Motion for Continuance, and it appears to the Court that this Motion should be

GRANTED          DENIED

IT IS HEREBY FURTHER ORDERED: _____

_____

_____

SIGNED and ENTERED on this the _____ day of _____, 2021.

_____
U.S. DISTRICT JUDGE