United States District Court
Southern District of Texas
**ENTERED**
October 27, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | C.R. H-17-422 (19) |
| Francisco Enriquez, | § | |
| | § | |
| Defendants. | § | |

## AMENDED DOCKET CONTROL ORDER

The defendants having appeared with counsel for arraignment and having entered a plea of "not guilty." it is ORDERED that:

1. MOTIONS will be filed by:     February 1, 2022

2. RESPONSES will be filed by:     February 18, 2022

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by     February 25, 2022

4. FINAL PRETRIAL CONFERENCE **DEFENDANT MUST BE PRESENT**     February 25, 2022 at 2:00 p.m.

5. JURY selection and TRIAL set for     February 28, 2022 at 10:00 a.m.

This will constitute an excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A).

Direct questions about this schedule to ELLEN ALEXANDER, Courtroom Deputy Clerk, U.S. District Clerk's Office, P.O. Box 61010, Houston, Texas 77208; (713) 250-5511.

SIGNED on _Oct 26, 2021_ at Houston, Texas.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE