United States District Court
Southern District of Texas
**ENTERED**
February 24, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | C.R. H-17-422 (19) |
| | § | |
| Francisco Enriquez, | § | |

### ORDER

Pending before the Court is the Motion for Continuance (Doc. # 748). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be granted. Accordingly, the Court hereby

ORDERS that the Motion for Continuance (Doc. # 748) is GRANTED. The final pretrial conference will be held on June 24, 2022 at 10:00 a.m. and jury selection and trial is set for June 27, 2022 at 10:00 a.m.

This will constitute an excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A).

SIGNED at Houston, Texas, on this 24th day of February, 2022.

DAVID HITTNER
United States District Judge