United States District Court
Southern District of Texas
**ENTERED**
March 15, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | C.R. H-17-422 (19) |
| | § | |
| Francisco Enriquez, | § | |

## ORDER

Pending before the Court is the Motion to Withdraw as Attorney of Record (Doc. #750). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be granted. Accordingly, the Court hereby

ORDERS that the Motion to Withdraw as Attorney of Record (Doc. # 750) is GRANTED. Alexander Alan Brown, III is withdrawn as attorney for Francisco Enriquez. Mr. Enriquez has 10 days from the date of this order to find new counsel or notify the court that he would like counsel appointed to represent him.

SIGNED at Houston, Texas, on this 15th day of March, 2022.

DAVID HITTNER
United States District Judge